UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:  2:12–cv–08516–MMM–CW            DATE:  5/1/2013
Title:  INTERSTATE NATIONAL DEALER SERVICES INC V. NOGA MARKETING INC ET AL

Present: The Honorable  Margaret M. Morrow , U. S. District Judge

Deputy Clerk:  Anel Huerta
Court Reporter:  N/A

Attorneys Present for Plaintiffs:                  Attorneys Present for Defendants:
        None Appearing                                      None Appearing

Proceedings:   **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

On 4/18/2013, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 4/25/2013.

The court deems that response satisfactory, and orders the Order to Show Cause discharged.